# IN THE SUPREME COURT OF THE STATE OF NEVADA

UNITED AUTOMOBILE INSURANCE COMPANY,
Appellant,
vs.
CHEYENNE NALDER; AND GARY LEWIS,
Respondents.

No. 79487

FILED

APR 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a post-judgment motion for NRCP 60(b) relief. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant United Automobile Insurance Company (UAIC) has filed a suggestion of mootness, recognizing that, in related case *Nalder v. Eighth Judicial District Court*, we directed the district court to vacate its order granting UAIC leave to intervene in the underlying case and to strike any related subsequent pleadings and orders, including the appealed order. 136 Nev. 200, 209, 462 P.3d 677, 686 (2020). Respondents Cheyenne Nalder and Gary Lewis have filed a response, agreeing that this appeal should be dismissed as moot but seeking sanctions against UAIC for filing and maintaining a frivolous appeal and for acting in bad faith in pursuing litigation and appellate relief in this matter in general. UAIC has filed a reply opposing the sanctions request.

Having reviewed the parties' filings, we agree that this appeal was rendered moot by our decision in *Nalder*, 136 Nev. 200, 462 P.3d 677, and should be dismissed. *See Univ. & Cmty. Coll. Sys. of Nev. v. Nevadans*

21-10104

*for Sound Gov't*, 120 Nev. 712, 720, 100 P.3d 179, 186 (2004) (recognizing that events subsequent to the district court's decision can render an appeal moot). Further, it does not appear that this appeal—which has not been briefed—was pursued frivolously, and we decline to impose sanctions. NRAP 38. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Eric Johnson, District Judge
Paul M. Haire, Settlement Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Winner & Sherrod
Stephens Law Offices
E. Breen Arntz, Chtd.
Christensen Law Offices, LLC
Eighth District Court Clerk